IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. _____ |
| GTECH CORPORATION, | )<br>) **DEMAND FOR JURY TRIAL** |
| Defendant. | )<br>) |

PLAINTIFF SCIENTIFIC GAMES ROYALTY CORPORATION'S
RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Scientific Games Royalty Corporation states that it is an indirect wholly-owned subsidiary of Scientific Games Corporation, and that no publicly held corporation owns 10% or more of the stock of Scientific Games Corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Rodger D. Smith II

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   Attorneys for Plaintiff
   Scientific Games Royalty Corporation

May 9, 2005
464065