AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### DISTRICT OF __DELAWARE__

SCIENTIFIC GAMES ROYALTY CORPORATION,

**SUMMONS IN A CIVIL ACTION**

Plaintiff,

v.

GTECH CORPORATION,

CASE NUMBER:    0 5 - 2 7 6

Defendant.

TO:    GTECH Corporation
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

MAY 0 0 2005

---
CLERK

---
DATE

*Evette Watson*

---
BY DEPUTY CLERK

AO 440 (REV. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and amended complaint was made by me[1] | DATE | May 9, 2005 |
| NAME OF SERVER (PRINT)  Christopher Talley | TITLE | Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☒ Other (specify): Service of the Summons and Complaint was made upon defendant GTECH Corporation by delivering copies thereof to defendant's registered agent, The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/10/05 
_/ Date_

*Signature of Server*
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street, Wilmington, DE 19801

_____

*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure