IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC GAMES ROYALTY CORP., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> GTECH CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-276-JJF |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendant GTech Corporation shall have until June 30, 2005 to answer, move or otherwise respond to the Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
  *Attorneys for Plaintiff*

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

Josy W. Ingersoll (#1088)
Adam W. Poff (#3990)
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6672
  *Attorneys for Defendant*

IT IS HEREBY ORDERED this ___ day of _____, 2005

_____
United States District Judge