IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> GTECH CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-276-JJF |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Douglas E. Ringel, Esquire and Larissa A. Soccoli, Esquire to represent GTECH Corporation in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Dated: July 7, 2005

_____
Josy Ingersoll (#1088)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600
jingersoll@ycst.com
Attorneys for Defendant and Counterclaimant,
GTECH Corporation

IT IS HEREBY ORDERED that counsel's motion is granted and the foregoing attorneys are admitted *pro hac vice*.

Dated: _____          _____
                                                                  United Stated District Court Judge

WP3:1127323.1                                                                                                    63055.1004

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Douglas E. Ringel, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
Douglas E. Ringel
KENYON & KENYON
1500 K Street NW
Washington, DC 20005
Tel.: (202) 220-4200
Fax: (202) 220-4201

July 1, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- X
SCIENTIFIC GAMES ROYALTY              :
CORPORATION.,                         :
                    Plaintiff,        :
                                      :
            v.                        :   C.A. No. 05-276-JJF
                                      :
GTECH CORPORATION,                    :
                    Defendant.        :
------------------------------------------------------------- X
```

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Larissa A. Soccoli, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

July __, 2005

Larissa A. Soccoli
Kenyon & Kenyon
One Broadway
New York, NY 10004
Telephone: 212.425.7200
Facsimile: 212.425.5288

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on July 7, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE  19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP


>_____
>Josy W. Ingersoll (No. 1088)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>jingersoll@ycst.com

>Attorneys for GTECH Corporation