IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 05-276-JJF |
| GTECH CORPORATION, | ) ) | **DEMAND FOR JURY TRIAL** |
| Defendant. | ) ) | |

### SCIENTIFIC GAMES' REPLY TO GTECH'S COUNTERCLAIM

Plaintiff Scientific Games Royalty Corporation ("Scientific Games") replies to the numbered paragraphs of the Counterclaim of defendant GTECH Corporation ("GTECH") as follows:

1. Upon information and belief, Scientific Games admits the allegations in paragraph 1 of GTECH's Counterclaim.

2. Scientific Games admits the allegations in paragraph 2 of GTECH's Counterclaim.

3. Scientific Games admits the allegations in paragraph 3 of GTECH's Counterclaim.

4. Scientific Games admits the allegations in paragraph 4 of GTECH's Counterclaim.

5. Scientific Games admits the allegations in paragraph 5 of GTECH's Counterclaim.

6. Scientific Games denies the allegations in paragraph 6 of GTECH's Counterclaim.

7.   Scientific Games denies the allegations in paragraph 7 of GTECH's Counterclaim.

## PRAYER FOR RELIEF

In addition to the relief prayed for in Scientific Games' Complaint, Scientific Games requests that this Court:

A.   Dismiss GTECH's Counterclaim with prejudice and declare that the claims of the '753 and '354 patents are valid and infringed;

B.   Declare that this case is exceptional pursuant to 35 U.S.C. § 285, and award Scientific Games its costs and reasonable attorneys' fees; and

C.   Grant Scientific Games such other and further relief as the Court deems just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorneys for Plaintiff*
  *Scientific Games Royalty Corporation*

July 20, 2005
474744

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on July 20, 2005, I caused to be electronically filed Scientific Games' Reply to GTECH's Counterclaim with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899

and that I caused copies to be served upon the following in the manner indicated:

>BY HAND
>
>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE  19899
>
>BY FEDERAL EXPRESS
>
>Thomas J. Meloro, Esquire
>Kenyon & Kenyon
>One Broadway
>New York, NY  10004

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>rsmith@mnat.com