IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) C.A. No. 05-276-JJF |
| GTECH CORPORATION, | )<br>)<br>) |
| Defendant. | )<br>) |

**RULE 7.1(a) DISCLOSURE STATEMENT OF GTECH CORPORATION**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for the Defendant certifies that GTECH Corporation is wholly-owned by GTECH Holdings Corporation, a publicly traded company which owns 100% of the stock of GTECH Corporation. There are no other publicly held corporations that own 10% or more of the stock of GTECH Corporation.

YOUNG, CONAWAY, STARGATT
& TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19889
(302) 571-6600
jshaw@ycst.com

Attorneys for GTECH Corporation

OF COUNSEL:

Thomas J. Meloro
Larissa A. Soccoli
KENYON & KENYON
One Broadway
New York, New York 10004
Telephone: (212) 425-7200

Douglas E. Ringel
KENYON & KENYON
1500 K Street NW
Washington, DC 20005
Telephone: (202) 220-4200

Dated: July 26, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Jack B. Blumenfeld, Esquire
>   Morris, Nichols, Arsht & Tunnell
>   1201 N. Market Street
>   Wilmington, DE 19801

I further certify that on July 26, 2005, I caused a copy of the foregoing document to be served by hand-delivery on the above counsel of record:

>   YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>   /s/ Glenn C. Mandalas
>   _____
>   Glenn C. Mandalas (No. 4432)
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   P.O. Box 391
>   Wilmington, DE 19899-0391
>   (302) 571-6600
>   gmandalas@ycst.com
>
>   *Attorneys for GTECH Corporation*