# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Rodger D. Smith II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

November 21, 2005

BY E-FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    Re: Scientific Games Royalty Corp. v. GTECH Corp.,
       C.A. No. 05-276-JJF

Dear Judge Farnan:

  Pursuant to the Court's November 7, 2005 letter, enclosed is the parties' joint proposed Rule 16 Scheduling Order.

               Respectfully,

               /s/ Rodger D. Smith II

               Rodger D. Smith II

cc: Clerk of the Court (By E-Filing)
   Josy W. Ingersoll, Esquire (By E-Filing)
   Thomas J. Meloro, Esquire (By Facsimile)

RDS/dal
Enclosure
494091