IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> GTECH CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 05-276-JJF |

## RULE 16 SCHEDULING ORDER

The parties having satisfied their obligations under Fed. R. Civ. P. 26(f),

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties will exchange by January 13, 2006, the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Joinder of Other Parties.** All motions to join other parties shall be filed on or before May 19, 2006.

3. **Discovery**.

    (a) Document production shall be commenced so as to be completed by April 14, 2006.

    (b) Exchange and completion of contention interrogatories and identification of fact witnesses shall be commenced so as to be completed by June 16, 2006.

    (c) Maximum of 25 interrogatories, including contention interrogatories, for each side.

    (d) Maximum of 50 requests for admission by each side.

(e)     Maximum of ten depositions by plaintiff and ten depositions by defendant, excluding expert depositions. Depositions shall not commence until the discovery required by paragraph 3(a) is completed.

(f)     All fact discovery shall be commenced so as to be completed by July 31, 2006.

(g)     Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due on issues on which a party bears the burden of proof by September 8, 2006. Rebuttal expert reports are due by October 6, 2006.

(h)     All expert discovery shall be commenced so as to be completed by November 3, 2006.

(i)     The parties agree that all U.S.-based, non-West Coast fact witnesses will be deposed at or near where they reside or at the offices of their counsel (*i.e.*, New York, NY, Washington, DC or Delaware for GTECH and Delaware for Scientific Games), unless the parties agree otherwise. In the case of witnesses located on the West Coast or internationally, those witnesses will be deposed at their counsel's East Coast offices unless extraordinary circumstances dictate or the parties agree otherwise. Expert witnesses will be produced at the offices of the counsel of the party retaining them, again unless extraordinary circumstances dictate or the parties agree otherwise.

4.    **Discovery Disputes**.

(a)     A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages and must specify that the filing is pursuant to the Discovery Dispute procedures provided in this paragraph. An

2

Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b) All papers shall set forth in a plain and concise manner the issue(s) in dispute, the party's position on the issue(s), and the reasons for the party's position.

(c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the dispute is ready for decision.

(d) Upon receipt of the movant's e-mail, the Court will determine whether a conference is necessary and advise the parties accordingly.

(e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

5. **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before May 19, 2006.

6. **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before November 17, 2006. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The Court will issue a separate Order regarding procedures for filing summary judgment motions.

7. **Markman**. A Markman hearing will be held on January __, 2007. Briefing on the claim construction issues shall be completed at least ten (10) business days prior to the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

8. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

9. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the Court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____                                   _____
DATE                                                   UNITED STATES DISTRICT JUDGE

491981