IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION,<br><br>      Plaintiff,<br><br>   v.<br><br>GTECH CORPORATION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-276-JJF |

## NOTICE OF SERVICE

  PLEASE TAKE NOTICE that the undersigned has caused copies of Defendant Gtech Corporation's First Set of Requests for the Production of Documents and Things and this Notice of Service to be served on December 7, 2005 on the following counsel of record in the manner indicated:

      **BY HAND DELIVERY**

      Jack B. Blumenfeld, Esquire
      Morris, Nichols, Arsht & Tunnell
      1201 N. Market Street
      Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that on December 7, 2005, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

>Jack B. Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE 19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>_____
>Josy W. Ingersoll (#1088)
>jingersoll@ycst.com
>John W. Shaw (#3362)
>jshaw@ycst.com
>Karen E. Keller (#4489)
>kkeller@ycst.com
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: 302-571-6600

OF COUNSEL:

Thomas J. Meloro
Douglas E. Ringel
Larissa A. Soccoli
KENYON & KENYON
One Broadway
New York, New York 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

Dated: December 7, 2005