IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIENTIFIC GAMES ROYALTY | ) | |
| CORPORATION, | ) | |
| | ) | C.A. No. 05-276 (JJF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GTECH CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Scientific Games' First Set Of Requests To GTECH For The Production Of Documents And Things and Scientific Games' First Set Of Interrogatories Directed To Defendant GTECH Corporation were caused to be served on December 23, 2005 upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Thomas J. Meloro, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
rsmith@mnat.com
    *Attorneys for Plaintiff*
    *Scientific Games Royalty Corporation*

December 23, 2005
499315

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on December 23, 2005, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll, Esquire
> Young, Conaway, Stargatt & Taylor LLP

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

> Josy W. Ingersoll, Esquire
> Young, Conaway, Stargatt & Taylor LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

### BY FEDERAL EXPRESS

> Thomas J. Meloro, Esquire
> Kenyon & Kenyon
> One Broadway
> New York, NY 10004

> /s/ Rodger D. Smith II
> Rodger D. Smith II (#3778)
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> rsmith@mnat.com
>   Attorneys for Plaintiff
>   Scientific Games Royalty Corporation