IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION, | ) ) ) | C.A. No. 05-276 (JJF) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GTECH CORPORATION, | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Scientific Games' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were caused to be served on January 13, 2006, upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Thomas J. Meloro, Esquire
Kenyon & Kenyon
One Broadway
New York, NY  10004

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Rodger D. Smith II*

                _____
                Jack B. Blumenfeld (#1014)
                Rodger D. Smith II (#3778)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE  19801
                rsmith@mnat.com
                    *Attorneys for Plaintiff*
                    *Scientific Games Royalty Corporation*

January 13, 2006
499315

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on January 13, 2006, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll, Esquire
>Young, Conaway, Stargatt & Taylor LLP

and that on January 13, 2006 I caused copies to be served upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Thomas J. Meloro, Esquire
Kenyon & Kenyon
One Broadway
New York, NY 10004

/s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
   *Attorneys for Plaintiff*
   *Scientific Games Royalty Corporation*