IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>GTECH CORPORATION,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-276-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned has caused copies of Defendant GTECH's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) to be served on January 13, 2006 on the following counsel of record in the manner indicated:

        **BY HAND DELIVERY**

        Jack B. Blumenfeld, Esquire
        Morris Nichols Arsht & Tunnell
        1201 N. Market Street
        Wilmington, DE  19801

PLEASE TAKE FURTHER NOTICE that on January 13, 2006, the undersigned has electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

        Jack B. Blumenfeld, Esquire
        Morris, Nichols, Arsht & Tunnell
        1201 N. Market Street
        Wilmington, DE 19801

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Karen E. Keller*
        Josy W. Ingersoll (#1088)
        jingersoll@ycst.com
        John W. Shaw (#3362)
        jshaw@ycst.com
        Karen E. Keller (#4489)
        kkeller@yct.com
        Andrew A. Lundgren (#4429)
        alundgren@ycst.com
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: 302-571-6600

OF COUNSEL:

Thomas J. Meloro
Douglas E. Ringel
Larissa A. Soccoli
KENYON & KENYON
One Broadway
New York, New York 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

Dated: January 13, 2006

DB01:1931957.1         063055.1004