IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| GTECH CORPORATION, | ) ) |
| Defendants. | ) |

C.A. No. 05-276 (JJF)

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Scientific Games' Responses to Defendant GTECH Corporation's First Set of Interrogatories (Nos. 1-6) were caused to be served on January 25, 2006 upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Thomas J. Meloro, Esquire
Kenyon & Kenyon
One Broadway
New York, NY  10004

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
rsmith@mnat.com
   Attorneys for Defendants

January 25, 2006
499315

**CERTIFICATE OF SERVICE**

       I, Rodger D. Smith II, hereby certify that on January 25, 2006, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll, Esquire
> Karen L. Pascale, Esquire
> Young, Conaway, Stargatt & Taylor, LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

> Josy W. Ingersoll, Esquire
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

**BY FEDERAL EXPRESS**

> Thomas J. Meloro, Esquire
> Kenyon & Kenyon
> One Broadway
> New York, NY 10004

                                  */s/ Rodger D. Smith II*
                                  Rodger D. Smith II (#3778)
                                  Morris, Nichols, Arsht & Tunnell LLP
                                  1201 N. Market Street
                                  P.O. Box 1347
                                  Wilmington, DE 19899
                                  (302) 658-9200
                                  rsmith@mnat.com
                                      Attorneys for Defendants