IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>GTECH CORPORATION,<br><br>               Defendant. | Civil Action No. 05-276-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned caused copies of 1) Defendant GTECH's Responses to Scientific Games' First Set of Interrogatories Directed to Defendant GTECH Corporation (Nos. 1-11); (2) Defendant GTECH's Responses to Scientific Games' First Set of Requests to GTECH for the Production of Documents and Things (Nos. 1-75); and (3) this Notice of Service to be served on January 31, 2006 on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that on January 31, 2006, the undersigned electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

>Jack B. Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE 19801

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_/s/ Karen E. Keller_
>Josy W. Ingersoll (#1088)
>jingersoll@ycst.com
>John W. Shaw (#3362)
>jshaw@ycst.com
>Karen E. Keller (#4489)
>kkeller@ycst.com
>Andrew A. Lundgren (#4429)
>alundgren@ycst.com
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: 302-571-6600

OF COUNSEL:

Thomas J. Meloro
Douglas E. Ringel
Larissa A. Soccoli
KENYON & KENYON LLP
One Broadway
New York, New York 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288

Dated: January 31, 2006