IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-276-JJF |
| GTECH CORPORATION, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner LLP, Two Freedom Square, 11955 Freedom Drive, Reston, Virginia 20190-2700, hereby enters its appearance on behalf of defendant GTECH Corporation.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

OF COUNSEL:

John M. Romary
Robert L. Burns
FINNEGAN, HENDERSON,
FARABOW, GARRETT
& DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190-2700

/s/ Andrew A. Lundgren
John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
302-571-6600
alundgren@ycst.com

*Attorneys for Defendant GTECH Corporation*

Dated: March 15, 2006

**CERTIFICATE OF SERVICE**

I, Andrew A. Lundgren, Esquire, hereby certify that on March 15, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*

Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
alundgren@ycst.com

Attorneys for GTECH Corporation

DB01:1626730.1