IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>GTECH CORPORATION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-276-JJF<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of John M. Romary and Jeffrey C. Totten of Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Avenue, N.W., Washington, D.C. 20001 and Robert L. Burns of Finnegan, Henderson, Farabow, Garrett & Dunner LLP, Two Freedom Square, 11955 Freedom Drive, Reston, Virginia 20190-2700 to represent Defendant GTECH Corporation in this matter.

             YOUNG CONAWAY STARGATT & TAYLOR, LLP

             */s/ Andrew A. Lundgren*
             John W. Shaw (No. 3362)
             Andrew A. Lundgren (No. 4429)
             The Brandywine Building
             1000 West Street, 17th Floor
             P.O. Box 391
             Wilmington, Delaware 19899-0391
             302-571-6600
             alundgren@ycst.com
Dated: April 10, 2006        *Attorneys for Defendant GTECH Corporation*

## ORDER GRANTING MOTION

It is hereby ordered that counsel's motions for admission *pro hac vice* are granted.

Dated: April ____, 2006        _____
                 United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, John M. Romary, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

John M. Romary<br>
Finnegan, Henderson, Farabow,<br>
Garrett & Dunner, L.L.P.<br>
901 New York Avenue, N.W.<br>
Washington, DC 20001-4413

Dated: April 4, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Jeffrey C. Totten, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

_____<br>
Jeffrey C. Totten<br>
Finnegan, Henderson, Farabow,<br>
  Garrett & Dunner, L.L.P.<br>
901 New York Avenue, N.W.<br>
Washington, DC 20001-4413

Dated: March 23, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Robert L. Burns, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Robert L. Burns
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675

Dated: March 23, 2006

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on April 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE 19801

I further certify that on April 10, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Andrew A. Lundgren
>_____
>Andrew A. Lundgren (No. 4429)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>alundgren@ycst.com
>
>Attorneys for GTECH Corporation

DB01:1626730.1