IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>GTECH CORPORATION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-276-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 17, 2006 a copy of GTECH Corporation's Second Set of Interrogatories (Nos. 7-18) was served on the following counsel of record in the manner indicated:

### BY FACSIMILE, E-MAIL AND FEDERAL EXPRESS

Jack B. Blumenfeld, Esquire [jblumenfeld@mnat.com]
Rodger D. Smith II [rsmith@mnat.com]
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

PLEASE TAKE FURTHER NOTICE that on May 18, 2006, the undersigned electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel or record:

>Jack B. Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE 19801

A copy of this Notice of Service was also served by hand delivery on May 18, 2006 on the above-listed counsel of record.

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Josy W. Ingersoll (#1088)
>jingersoll@ycst.com
>John W. Shaw (#3362)
>jshaw@ycst.com
>Karen E. Keller (#4489)
>kkeller@ycst.com
>Andrew A. Lundgren (#4429)
>alundgren@ycst.com
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: 302-571-6600

OF COUNSEL:
Robert L. Burns
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000

Dated: May 18, 2006