IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION, | ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 05-276 (JJF) |
| v. | ) ) | |
| GTECH CORPORATION | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SUBPOENAS**

PLEASE TAKE NOTICE that GTECH Corporation has served the attached subpoenas on Joseph J. Tracy and Mark G. Meyer.

Dated: May 31, 2006

By: /s/ 
Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6600
jingersoll@ycst.com

OF COUNSEL:

Thomas J. Meloro
Larissa A. Soccoli
Andrew L. Reibman
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Telephone: (212) 425-7200

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on May 31, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE 19801

I further certify that on May 31, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Josy W. Ingersoll
>Josy W. Ingersoll (No. 1088)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, DE 19801
>(302) 571-6600
>jingersoll@ycst.com
>
>Attorneys for GTECH Corporation