IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 05-276-JJF |
| GTECH CORPORATION, | ) ) ) |
| Defendant. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The parties' proposed Rule 16 Scheduling Order, submitted on November 21, 2005 (D.I. 11), shall be amended as follows:

   a. Exchange and completion of contention interrogatories and identification of fact witnesses shall be commenced so as to be completed by July 17, 2006.

   b. All fact discovery shall be commenced so as to be completed by August 31, 2006.

   c. Expert reports required by Fed. R. Civ. P. 26(a)(2) are due on issues on which a party bears the burden of proof by October 9, 2006. Rebuttal expert reports are due by November 6, 2006.

   d. All expert discovery shall be commenced so as to be completed by December 8, 2006.

e. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before December 17, 2006. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court.

f. A Markman hearing will be held on February __, 2007. Briefing on the claim construction issues shall be completed at least ten (10) business days prior to the hearing.

2. All other provisions of the parties' proposed Rule 16 Scheduling Order, submitted on November 21, 2005 (D.I. 11), shall govern this case.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (#1014) | Josy W. Ingersoll (#1088) |
| Rodger D. Smith II (#3778) | John W. Shaw (#3362) |
| 1201 N. Market Street | Karen E. Keller (#4489) |
| P.O. Box 1347 | 1000 West Street, 17th Floor |
| Wilmington, DE 19899 | P.O. Box 391 |
| (302) 658-9200 | Wilmington, DE 19899 |
|  Attorneys for Plaintiff | (302) 571-6600 |
|  |  Attorneys for Defendant |

SO ORDERED this ___ day of _____ 2006.

_____
United States District Court Judge