IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION,<br><br>                           Plaintiff,<br><br>         v.<br><br>GTECH CORPORATION,<br><br>                           Defendant. | Civil Action No. 05-276-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Jeffrey C. Totten, Esquire of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, N.W.., Washington, DC 20001-4413 caused copies of Notice of Rule 30(b)(6) Deposition of Scientific Games International, Inc. to be served on June 16, 2006 on the following counsel of record in the manner indicated:

**BY FACSIMILE, E-MAIL AND FEDEX**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, II, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801

Additionally, the undersigned hereby certifies that on May 24, 2006, this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and served upon the below listed counsel of record in the manner indicated below:

**BY CM/ECF AND HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (#1088)
*jingersoll@ycst.com*
John W. Shaw (#3362)
*jshaw@ycst.com*
Karen E. Keller (#4489)
*kkeller@ycst.com*
Andrew A. Lundgren (#4429)
*alundgren@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

OF COUNSEL:

Robert L. Burns
Finnegan, Henderson, Farabow,
 Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-2700
571-203-2700

Dated: June 19, 2006