IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-276 (JJF) |
| v. | ) ) | |
| GTECH CORPORATION, | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) Mark G. Meyer's Objections to Defendant GTECH Corporation's May 26, 2006 Subpoena; (2) Joseph J. Tracy's Objections to Defendant GTECH Corporation's May 26, 2006 Subpoena; and (3) Scientific Games' Responses to Defendant GTECH Corporation's Second Set of Interrogatories (Nos. 7-18) were caused to be served on June 30, 2006, upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Robert L. Burns
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-2700

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II*
        _____
        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        rsmith@mnat.com
          *Attorneys for Plaintiff*
          *Scientific Games Royalty Corporation*

June 30, 2006

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on June 30, 2006, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP

and that I caused copies to be served on June 30, 2006 upon the following in the manner indicated:

### BY HAND

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

### BY FEDERAL EXPRESS

> Robert L. Burns
> Finnegan, Henderson, Farabow, Garrett & Dunner LLP
> Two Freedom Square
> 11955 Freedom Drive
> Reston, VA 20190-2700

> */s/ Rodger D. Smith II*
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> (302) 658-9200
> rsmith@mnat.com

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on June 30, 2006, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP

and that I caused copies to be served on June 30, 2006 upon the following in the manner indicated:

### BY HAND

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

### BY FEDERAL EXPRESS

>Robert L. Burns
>Finnegan, Henderson, Farabow, Garrett & Dunner LLP
>Two Freedom Square
>11955 Freedom Drive
>Reston, VA  20190-2700

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>(302) 658-9200
>rsmith@mnat.com