IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-276 (JJF) |
| v. | ) ) | |
| GTECH CORPORATION, | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Scientific Games' Supplemental Response To GTECH's Interrogatory No. 7 were caused to be served upon the following on the dates and in the manner indicated:

**BY EMAIL (8/7/06) AND BY HAND (8/8/06)**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY EMAIL (8/7/06) AND FEDERAL EXPRESS (8/8/06)**

Robert L. Burns
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-2700

2

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II*

        _____
        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        rsmith@mnat.com
          *Attorneys for Plaintiff*
          *Scientific Games Royalty Corporation*

August 8, 2006

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on August 8, 2006, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP

and that I caused copies to be served on August 8, 2006 upon the following in the manner indicated:

**BY HAND**

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE  19801

**BY FEDERAL EXPRESS**

> Robert L. Burns
> Finnegan, Henderson, Farabow, Garrett & Dunner LLP
> Two Freedom Square
> 11955 Freedom Drive
> Reston, VA  20190-2700

> */s/ Rodger D. Smith II*
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> (302) 658-9200
> rsmith@mnat.com