IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> GTECH CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 05-276 (JJF) ) ) ) ) ) |

**NOTICE OF DEPOSITION OF GTECH CORPORATION**
**PURSUANT TO FED. R. CIV. P. 30(b)(6)**

TO:  Josy W. Ingersoll, Esquire            Robert L. Burns, Esquire
     Young Conaway Stargatt & Taylor, LLP  Finnegan, Henderson, Farabow, Garrett
     The Brandywine Building                 & Dunner LLP
     1000 West Street, 17th Floor          Two Freedom Square
     Wilmington, DE  19801                 11955 Freedom Drive
                                           Reston, VA  20190-5675

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), plaintiff Scientific Games Royalty Corporation ("Scientific Games"), through its attorneys, will take the deposition upon oral examination of GTECH Corporation ("GTECH"), by one or more officers, directors, managing agents or other persons who consent to testify on its behalf concerning the topics listed on Exhibit A hereto.  The deposition will commence on September 25, 2006, at 9:30 a.m., at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, Wilmington, DE 19801, or at such other time and place as shall be agreed upon by the parties or ordered by the Court, and will continue from day-to-day until concluded.

GTECH is requested to identify by September 18, 2006, the person or persons who will be designated to testify on its behalf. The deposition will take place before a notary public or other person authorized by law to administer oaths, and will be recorded stenographically and/or by videotape.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Maria Granovsky (#4709)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
    Attorneys for Plaintiff
    Scientific Games Royalty Corporation

August 18, 2006

525615

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on August 18, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP

and that on August 18, 2006, I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Josy W. Ingersoll
>Melanie K. Sharp
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

### BY FEDERAL EXPRESS

>Robert L. Burns
>Finnegan, Henderson, Farabow, Garrett & Dunner LLP
>Two Freedom Square
>11955 Freedom Drive
>Reston, VA  20190-2700

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>(302) 658-9200
>rsmith@mnat.com