IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SCIENTIFIC GAMES ROYALTY          )
CORPORATION,                      )
                                  )
                Plaintiff,        )
                                  )          C.A. No. 05-276 (JJF)
        v.                        )
                                  )
GTECH CORPORATION,                )
                                  )
                Defendant.        )

## NOTICE OF DEPOSITION OF ANTHONY D'ARCANGELO

TO:    Josy W. Ingersoll, Esquire          Robert L. Burns, Esquire
       Young Conaway Stargatt & Taylor, LLP    Finnegan, Henderson, Farabow, Garrett
       The Brandywine Building                  & Dunner LLP
       1000 West Street, 17th Floor            Two Freedom Square
       Wilmington, DE  19801                   11955 Freedom Drive
                                               Reston, VA  20190-5675

        PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, plaintiff Scientific

Games Royalty Corporation, through its attorneys, will take the deposition upon oral

examination of Anthony D'arcangelo, beginning at 9:30 a.m. on September 27, 2006, at the

offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, Wilmington, Delaware

19801, or at such other time and place as the parties may agree.

        The deposition will be taken before an officer authorized to administer oaths by

the laws of the United States and will be recorded by stenographic and/or videographic means.

The deposition will continue from day to day until completed.

        You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Maria Granovsky (#4709)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
    Attorneys for Plaintiff
    Scientific Games Royalty Corporation

August 18, 2006

525603

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on August 18, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP

and that on August 18, 2006 I caused copies to be served upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll
Melanie K. Sharp
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY FEDERAL EXPRESS

Robert L. Burns
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA  20190-2700

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com