IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION, ) ) ) | |
| Plaintiff, ) ) | C.A. No. 05-276 (JJF) |
| v. ) ) | |
| GTECH CORPORATION, ) ) | |
| Defendant. ) | |

### NOTICE OF DEPOSITION OF WILL HIGLIN

TO:   Josy W. Ingersoll, Esquire          Robert L. Burns, Esquire
Young Conaway Stargatt & Taylor, LLP   Finnegan, Henderson, Farabow, Garrett
The Brandywine Building                               & Dunner LLP
1000 West Street, 17th Floor                  Two Freedom Square
Wilmington, DE 19801                           11955 Freedom Drive
                                                                  Reston, VA 20190-5675

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, plaintiff Scientific Games Royalty Corporation, through its attorneys, will take the deposition upon oral examination of Will Higlin, beginning at 9:30 a.m. on September 28, 2006, at the offices of Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, Wilmington, Delaware 19801, or at such other time and place as the parties may agree.

The deposition will be taken before an officer authorized to administer oaths by the laws of the United States and will be recorded by stenographic and/or videographic means. The deposition will continue from day to day until completed.

You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Maria Granovsky (#4709)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   Attorneys for Plaintiff
   Scientific Games Royalty Corporation

August 18, 2006

525605

## **CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on August 18, 2006, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP

and that on August 18, 2006 I caused copies to be served upon the following in the manner indicated:

### **BY HAND**

> Josy W. Ingersoll
> Melanie K. Sharp
> Young, Conaway, Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801

### **BY FEDERAL EXPRESS**

> Robert L. Burns
> Finnegan, Henderson, Farabow, Garrett & Dunner LLP
> Two Freedom Square
> 11955 Freedom Drive
> Reston, VA 20190-2700

/s/ *Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com