IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-276 (JJF) |
| v. | ) ) | |
| GTECH CORPORATION, | ) ) | |
| Defendant. | ) | |

**REVISED NOTICE OF DEPOSITION OF BOB KLINGMAN**

TO:    Josy W. Ingersoll, Esquire                Robert L. Burns, Esquire
       Young Conaway Stargatt & Taylor, LLP      Finnegan, Henderson, Farabow, Garrett
       The Brandywine Building                     & Dunner LLP
       1000 West Street, 17th Floor               Two Freedom Square
       Wilmington, DE  19801                      11955 Freedom Drive
                                                  Reston, VA  20190-5675

        PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, plaintiff Scientific

Games Royalty Corporation, through its attorneys, will take the deposition upon oral

examination of Bob Klingman, beginning at 9:30 a.m. on October 27, 2006, at the offices of

Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 901 New York Avenue, NW,

Washington, DC 20001-4413.

        The deposition will be taken before an officer authorized to administer oaths by

the laws of the United States and will be recorded by stenographic and/or videographic means.

The deposition will continue from day to day until completed.

        You are invited to attend.

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Maria Granovsky (#4709)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
    Attorneys for Plaintiff
    Scientific Games Royalty Corporation

October 20, 2006

525607

2

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on October 20, 2006, I caused the

foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send

notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP

and that on October 20, 2006 I caused copies to be served upon the following in the manner

indicated:

### BY HAND

>Josy W. Ingersoll
>Melanie K. Sharp
>Young, Conaway, Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE  19801

### BY FEDERAL EXPRESS

>Robert L. Burns
>Finnegan, Henderson, Farabow, Garrett & Dunner LLP
>Two Freedom Square
>11955 Freedom Drive
>Reston, VA  20190-2700

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>(302) 658-9200
>rsmith@mnat.com