IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCIENTIFIC GAMES ROYALTY CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>GTECH CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 05-276-JJF<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

Pursuant to a Settlement Agreement dated December 31, 2006 between plaintiff Scientific Games Royalty Corporation ("Scientific Games") and defendant GTECH Corporation ("GTECH"), the parties hereby stipulate and agree, through their respective counsel, subject to the approval of the Court, that this action, including all claims, defenses or counterclaims as between Scientific Games and GTECH, is hereby dismissed with prejudice, with each party to bear its own costs.

The Court shall retain jurisdiction to enforce the Settlement Agreement, the terms of which are hereby specifically incorporated by reference in this order. In addition, Scientific Games and GTECH hereby agree that this Court shall retain jurisdiction over any dispute related to the Settlement Agreement.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
|---|---|
| /s/ Rodger D. Smith II<br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Maria Granovsky (#4709)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>  Attorneys for Plaintiff | /s/ Josy W. Ingersoll<br>Josy W. Ingersoll (#1088)<br>Melanie K. Sharp (#2501)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>(302) 571-6600<br>  Attorneys for Defendant |

SO ORDERED this 9 day of January 2007.

/s/ Josy W. Farnan
United States District Court Judge

550446